# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.   CASE NO: 6:24-cr-74-JSS-EJK

**JEREMY CHARLES DEWITTE**

AUSA: Adam Nate

Defense Attorney: James Skuthan

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **April 10, 2024**<br>11:00 A.M.-11:03 A.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 3 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | N/A | PRETRIAL/PROB: | |

### CLERK'S MINUTES
#### STATUS HEARING

Case called, appearances made, procedural setting by the Court.
The Initial Appearance and Arraignment is rescheduled to Thursday, April 11, 2024 @ 8:30 am.