AO 442 (Rev. 05/93) Warrant for Arrest

FID 785690

RECEIVED USMS ORLANDO
2024 APR 11 AM 10:01

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BENCH WARRANT**

UNITED STATES OF AMERICA

VS.                                          CASE NO: 6:24-cr-74-JSS-EJK

JEREMY CHARLES DEWITTE

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **JEREMY CHARLES DEWITTE** and bring him forthwith to the nearest magistrate judge to answer charges for failure to appear at Initial Appearance and Arraignment on April 10 and April 11, 2024 before United States Magistrate Judge Embry J. Kidd.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

April __11__, 2024, Orlando, Florida

Bail fixed at $ _____ by _____

---

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at: Orlando, FL Fed. Courthouse

| DATE RECEIVED 4/11/2024 | NAME AND TITLE OF ARRESTING OFFICER DUSM Hector Villegas | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 8/20/2024 | | |