# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 6:24-cr-74-JSS-EJK**

**JEREMY CHARLES DEWITTE**

AUSA: Curtis Weider

Defense Attorney: Jim Skuthan, Federal Public Defender

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **August 26, 2024**<br>11:08 A.M. – 11:29 A.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 21 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | Juan Cabrera |

### CLERK'S MINUTES
#### INITIAL APPEARANCE

Case called, appearances made, procedural setting by the Court. Court advises defendant of his rights.
FPD previously appointed for defendant.
Court inquires of the defendant. No issue as to competency.
Government summarizes the counts in the Indictment and advises of the potential penalties.
Sealed portion of the hearing (11:21 A.M. – 11:25 A.M.)
Ore tenus motion to withdraw as counsel by FPD. Motion granted. Hearing to be continued to 2:30pm this afternoon.
CJA counsel to be appointed. Order to enter.
Court adjourned.