**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                  **CASE NO: 6:24-cr-74-JSS-EJK**

**JEREMY CHARLES DEWITTE**

## ORDER APPOINTING
## CRIMINAL JUSTICE ACT COUNSEL

Because the above named defendant has testified under oath or has otherwise satisfied this

Court that he: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because

the interests of justice so require, it is

**ORDERED** that Charles E.   Taylor is appointed to represent the above named defendant in

this case. The defendant may be required to contribute to the cost of this representation depending

on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando, Florida on August 26, 2024.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record